

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00155-CR

EX PARTE DANIEL LEE HARRIS II  § On Appeal from the 89th District Court

§ of Wichita County (DC89-CR2023-0276)

§ August 24, 2019

§ Memorandum Opinion by Justice Wallach

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mike Wallach_____
Justice Mike Wallach